IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02181-GPG

CHHAIYA CHHAM

      Applicant,

v.

LORETTA LYNCH, United States Attorney General,
JEH JOHNSON, Secretary of Department of Homeland Security,
JOHN SUTHERS, U.S. Attorney General for Colorado,
JOHN MORTON, Department of Homeland Security Director of ICE,
JOHN LONGSHORE, Colorado Field Office Director,
CORINA E. ALMEIDA, Chief Counsel for D.H.S.-ICE,

      Respondents.

---

## ORDER OF DISMISSAL

---

THIS MATTER comes before the Court on Applicant Chhaiya Chham's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) filed on October 1, 2015, challenging his detention by immigration officials. On October 29, 2015, the Government filed a Notice (ECF No. 5), informing the Court that Applicant was removed from the United States on October 20, 2015, and released from ICE custody in Cambodia on October 22, 2015. Based on the Notice from the Government, on November 4, 2015, the Court ordered Mr. Chham to show cause in writing within thirty days why his Application for a Writ of Habeas Corpus should not be denied as moot. (ECF No. 6). Mr. Chham has failed to respond to the Court's order to show cause within the time allowed. Therefore, his § 2241 application will be denied.

Accordingly, it is

**ORDERED** that Applicant's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1), filed on October 1, 2015, will be DENIED as moot and this action is DISMISSED without prejudice. It is

**FURTHER ORDERED** that leave to proceed *in forma pauperis* on appeal is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Applicant files a notice of appeal, he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

DATED   December 14,   2015, at Denver, Colorado.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock
Senior United States District Judge